# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00036-CR

**Douglas Wayne Stidham, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF CALDWELL COUNTY, 421ST JUDICIAL DISTRICT
### NO. 2007-285, HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Douglas Wayne Stidham seeks to appeal a judgment of conviction for injury to an elderly person. The trial court has certified that: (1) this is a plea bargain case and Stidham has no right of appeal, and (2) Stidham waived his right of appeal. The pro se notice of appeal was also untimely. The appeal is dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d), 26.2(a).

_____

Diane Henson, Justice

Before Justices Patterson, Puryear and Henson

Dismissed for Want of Jurisdiction

Filed: March 6, 2008

Do Not Publish